ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 MAY 29 PM 4: 27

DEPUTY CLERK _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| CHRISTOPHER CASTILLO | 3-18CR-254-N |

## INFORMATION

The United States Attorney charges:

<u>Count One</u>
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about August 29, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Christopher Castillo**, knowingly possessed material which contained images of child pornography, as defined in 18 U.S.C. § 2256(8), that involved a prepubescent minor or a minor who had not attained 12 years of age, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer. Included on his two cell phones were the following videos:

| **File Name:** | **Description:** |
|---|---|
| IMG_0030.MOV | Lewd and lascivious video file depicting a prepubescent boy wearing blue shorts. He removes his shorts exposing his genitals. |

Information--Page 1

| File Name: | Description: |
|---|---|
| IMG_0196.mp4 | Video file depicting a nude prepubescent boy who kneels between the legs of a male. The male is sitting on a chair wearing only a red shirt. The male penetrates the boy's mouth and anus with his penis. |
| IMG_0255.mp4 | Video file depicting a prepubescent boy whose pants are at his knees. He is kneeling between the legs of a male who is sitting on a chair with only a dark shirt on. The male penetrates the boy's mouth with his penis. |
| IMG_0389.mp4 | Video file depicting a nude prepubescent boy straddling a male who is lying his back wearing only a gray shirt. The male is penetrating the boy's anus with his penis. |
| IMG_0403.mp4 | Video file depicting a prepubescent boy who is on his hands and knees with his pants pulled down exposing his buttocks. Another male is standing behind the boy with his pants pulled down exposing his penis. The male's penis penetrates the anus of the boy. Later in the video, the male sits down with the boy straddling his waist and penetrates the anus of the boy as the boy straddles the male's lap. |
| IMG_407.mp4 | Video file depicting a prepubescent boy who is kneeling in front of a male. The male's penis penetrates the mouth of the boy. |

In violation of 18 U.S.C. § 2252A(a)(5)(B), the penalty for which is found at 18 U.S.C. § 2252A(b)(2).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), the defendant, **Christopher Castillo**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, the following: one Apple iPhone 4 bearing serial number C8PHKPG8DT9V and IMEI 013066008128452; and one Apple iPhone 4 bearing serial number 87129CW6A4S and IMEI 012846002947150.

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Camille.sparks@usdoj.gov